

16th Floor
1500 Broadway
New York, NY 10036
TEL. (212) 682-3025
FAX (212) 682-3010
www.WeissLawLLP.com

Richard A. Acocelli
RAcocelli@WeissLawLLP.com

August 28, 2017

**VIA ECF**

The Honorable Richard M. Berman
United States District Court –
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: *Rosenfeld v. Kate Spade & Co., et al.,* No. 17-cv-4085 – RMB
       *Steinberg v. Kate Spade & Co., et al.,* No. 17-cv-4155 – RMB
       *Garcia v. Kate Spade & Co., et al.,* No. 17-cv-4177 – RMB
       *Jauregui v. Kate Spade & Co., et al., No. 17-cv-4205 – RMB*

Dear Judge Berman:

  We represent plaintiff Joel Rosenfeld, one of the plaintiffs in the above referenced actions (the "Actions"), and write on behalf of all plaintiffs ("Plaintiffs"). We are pleased to notify the Court that the parties have resolved Plaintiffs' claim for attorneys' fees and expenses in the amount of $320,000 (as set forth in Plaintiffs' mootness dismissals submitted on June 29 and 30, 2017) without the need for judicial intervention. Accordingly, the Actions can remain closed for all purposes. We are available to discuss at Your Honor's convenience.

        Respectfully submitted,

        /s/ *Richard A. Acocelli*
        Richard A. Acocelli

cc. Andrew Gordon, Esquire
   Scott Luftglass, Esquire
   Juan Monteverde, Esquire
   Evan Smith, Esquire
   Marc Ackerman, Esquire
   Brian D. Long, Esquire